# United States District Court
# District of Massachusetts

NORTHEASTERN GRAPHIC
     SUPPLY, INC.,
        Plaintiff,

       v.                      M.B.D. NO. 05-11299-JLT

GRAPHIC COLOR CORPORATION,
     a division of CONSOLIDATED
     COLOR CORPORATION,
        Defendant.

# ***ORDER***

COLLINGS, U.S.M.J.

LAWRENCE H. COHEN is ORDERED to appear before the undersigned United States Magistrate Judge at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts on ***Tuesday, August 2, 2005 at 10:45 A.M.*** for the purpose of being examined under oath as to the defendant's property and ability to pay the judgment entered against the defendant in the above-entitled cause in United States District Court for the District of Maine on January 4, 2005 in the amount of $33,598.74. The United States Marshal is directed to serve a certified copy of the within ORDER ***by the close of***

***business on Monday, July 18, 2005*** upon LAWRENCE H. COHEN at

> 15 Union Street
> Lawrence,  Massachusetts 01840

Failure of LAWRENCE H. COHEN to appear in accordance with the within Order shall result in a citation for contempt of court and/or the issuance of a warrant of arrest for failure to obey a court order.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

June 27, 2005.