# United States District Court
# District of Massachusetts

NORTHEASTERN GRAPHIC
SUPPLY, INC.,
    Plaintiff,

v.

GRAPHIC COLOR CORPORATION,
a division of CONSOLIDATED
COLOR CORPORATION,
    Defendant.

C.A.
M.B.D. NO. 05-11299-JLT

I hereby certify on 6/27/05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☑ Original filed in my office on 6/27/05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

## ORDER

COLLINGS, U.S.M.J.

    LAWRENCE H. COHEN is ORDERED to appear before the undersigned United States Magistrate Judge at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts on *Tuesday, August 2, 2005 at 10:45 A.M.* for the purpose of being examined under oath as to the defendant's property and ability to pay the judgment entered against the defendant in the above-entitled cause in United States District Court for the District of Maine on January 4, 2005 in the amount of $33,598.74. The United States Marshal is directed to serve a certified copy of the within ORDER *by the close of*



business on **Monday, July 18, 2005** upon LAWRENCE H. COHEN at

> 15 Union Street
> Lawrence, Massachusetts 01840

Failure of LAWRENCE H. COHEN to appear in accordance with the within Order shall result in a citation for contempt of court and/or the issuance of a warrant of arrest for failure to obey a court order.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 27, 2005.

I hereby certify on _____ that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☑ original filed in my office on 6/27/05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

TINA GAGNON served on employee of graphic color corp
MS GAGNON SAID she would make Sure MR. Cohen would Receive The order
7/8/05  10:15 AM  Deputy Marshal
[signature]