AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____   DISTRICT OF   __MASSACHUSETTS__

Northeastern Graphic Supply
v.
Graphic Color Corp, a division of

**APPEARANCE**

Case Number: CA05-11299-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Northeastern Graphic Supply

I certify that I am admitted to practice in this court.

___August 2, 2005___  ___Daniel M. Karger___
Date                  Signature

___Daniel M. Karger___  ___560472___
Print Name              Bar Number

___15 Court Square, Suite 230___
Address

___Boston___, ___MA___  ___02108___
City       State         Zip Code

___(617) 367-2992___
Phone Number            Fax Number

___dan@kargerlaw.com___
E-Mail

UNITED STATES DISTRICT COURT
DIST. OF MASS.
FILED IN OPEN COURT
DATE  8/2/05
N. Russo
**Deputy Clerk**
(Retained)