AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

Northeastern Graphic
v
Graphic Color

APPEARANCE

Case Number: 1:05CV-11299-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Northeastern Graphic Supply, Inc._

I certify that I am admitted to practice in this court.

Date: _Aug. 2, 2005_

Signature: _[signed]_

Print Name: _JOHN KAUFMANN_    Bar Number: _262260_

Address: _ONE LIBERTY SQ - 4TH FLOOR_

City: _BOSTON_    State: _MA_    Zip Code: _02109_

Phone Number: _617-542-PC35_    Fax Number: _617-542-1707_

E-Mail: 

UNITED STATES DISTRICT COURT
DIST. OF MASS.
FILED IN OPEN COURT
DATE 8/2/05
N. Russo
Deputy Clerk
(Retained)