AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF            MASSACHUSETTS

NEW ENGLAND GRAPHIC

V.

GRAPHIC COLOR

**EXHIBIT & WITNESS LIST FOR**

**JUDGMENT DEBTOR EXAM**

Case Number:  2005-CA-11299-JLT

| PRESIDING JUDGE<br>ROBERT B COLLINGS | | PLAINTIFF'S ATTORNEY<br>KARGER & KAUFMAN | | DEFENDANT'S ATTORNEY<br>COHEN | |
|---|---|---|---|---|---|
| JUDGMENT DEBTOR EXAM<br>11/3/2005 | | COURT REPORTER<br>DIGITAL | | COURTROOM DEPUTY<br>NOREEN A. RUSSO | |
| NO. | NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | |
| 1 | | 11/3/2005 | X | X | GRAPHIC COLOR AGING -AR 7/1/05 |
| 2 | | 11/3/2005 | X | X | GRAPHIC COLOR AGING -AR 1/1/05 |
| 3 | | 11/3/2005 | X | X | GRAPHIC COLOR BALANCE SHEET 6/30/2005 |
| 4 | | 11/3/2005 | X | X | GRAPHIC COLOR BALANCE SHEET 6/30/2005 |
| 5 | | 11/3/2005 | X | X | CG CHECK REGISTER - 9 PAGES |
| 6 | | 11/3/2005 | X | | CHECK COPY FRONT AND BACK |
| | | | | | |
| | | | | | WITNESS ONE: L. COHEN |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1      Pages