# United States District Court
# District of Massachusetts

NORTHEASTERN GRAPHIC SUPPLY, INC.,
    Plaintiff,

    v.                                        CIVIL ACTION NO. 05-11299-JLT

GRAPHIC COLOR CORPORATION,
    A Division of Consolidated
    Color Corporation,
        Defendant.

# *ORDER*

COLLINGS, U.S.M.J.

    After a judgment debtor examination held this date, GRAPHIC COLOR CORPORATION and CONSOLIDATED COLOR CORPORATION are ORDERED jointly to pay to the plaintiff the sum of $5,000.00 on each of the following dates: December 5, 2005, March 31, 2006, June 30, 2006, September 29, 2006 and December 29, 2006.

    Failure to obey the within Order shall result in a prosecution for contempt of court.

    The Clerk shall enter on the docket the fact that the case "is no longer

referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: November 3, 2005.