UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NORTHEASTERN GRAPHIC SUPPLY, INC. | * | |
|  | * | |
| Plaintiff, | * | |
|  | * | Civil Action No. 05-11299-JLT |
| v. | * | |
|  | * | |
| GRAPHIC COLOR CORPORATION, | * | |
|  | * | |
| Defendant. | * | |
|  | * | |

ORDER
January 18, 2007

TAURO, J.

After the Hearing held on January 17, 2007, this court hereby orders that:

1. Plaintiff's <u>Motion for Order to Show Cause For Failure to Comply with Payment Order</u> [#16] is ALLOWED.

2. As Defendant has argued that its failure to comply with Magistrate Judge Collings Order [#15] is based on an inability to pay, the case is re-referred to Magistrate Judge Collings for an additional Debtor's Exam to assess Defendant's allegedly changed financial circumstances.

3. Magistrate Judge Collings may hold the Defendant in contempt if he finds no justification for its failure to comply with his order or for its failure to appear at the hearing on January 17, 2007.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro
United States District Judge