UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NORTHEASTERN GRAPHIC SUPPLY, INC. | * | |
|  | * | |
| Plaintiff, | * | |
|  | * | Civil Action No. 05-11299-JLT |
| v. | * | |
|  | * | |
| GRAPHIC COLOR CORPORATION, | * | |
|  | * | |
| Defendant. | * | |
|  | * | |

ORDER
June 18, 2007

TAURO, J.

    As Electronic Clerk's Notes from the Further Judgment Debtor's Examination on February 1, 2007, indicate "Plaintiff's counsel seeks no further action from this court," the court concludes that Plaintiff no longer wishes to prosecute this case. Accordingly, this court hereby orders that:

1. By July 2, 2007, Plaintiff shall show cause why this case shall be kept open, or the case will be closed.

    IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro
                                            United States District Judge