**KARGER LAW OFFICES**
*ATTORNEYS AT LAW*
*15 Court Square*
*Suite 230*
*Boston, Massachusetts 02108*
*(617) 367-2992   Fax (617) 367-3446*

June 29, 2007

Ms. Zita Lovett
Courtroom Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 Courthouse Way
Boston MA   02210

Re:  Northeastern Graphic Supply, Inc.
Vs:  Graphic Color Corporation
Civil Action No.: 05-11299

Dear Ms. Lovett:

Plaintiff has no objection to the case being closed.


Very truly yours,

*(signature)*

Kenneth E. Karger

KEK:mk